AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### WESTERN DIVISION

| | |
|---|---|
| ANGELA SMITH, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| MICHAEL J. ASTRUE, ) | **CASE NO. 5:12-CV-429-D** |
| *Commissioner of the Social* ) | |
| *Security Administration,* ) | |
|     Defendant. ) | |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court GRANTS the Consent Motion to Remand [D.E. 23], and hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) and remands the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **January 18, 2013,** WITH A COPY TO:

Lawrence Wittenberg (via CM/ECF Notice of Electronic Filing)
Christian M. Vainieri (via CM/ECF Notice of Electronic Filing)


January 18 , 2013                                          JULIE A. RICHARDS, Clerk
Date                                                               Eastern District of North Carolina

                                                                                  /s/Debby Sawyer
                                                                                  (By) Deputy Clerk

Raleigh, North Carolina