IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-cv-00429-D

| | |
|---|---|
| ANGELA SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Upon application of Plaintiff, and with no objection by Defendant, it is ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $4,725.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

SO ORDERED, this __11__ day of _February_, 2013.

JUDGE JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE